UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-60560-CIV-SINGHAL

ANGIE CAROLINA RAMIREZ BU,

    Plaintiff,

v.

KRISTI L. NOEM, *et al.*,

    Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** is before the Court on Defendants' Motion to Dismiss for Mootness (the "**Motion**").  (DE [13]).  Plaintiff's Complaint seeks an order compelling Defendants to adjudicate her U-Visa petition and granting her "suit money, costs and attorney's fees" under the Equal Access to Justice Act (the "**EAJA**").  (DE [1] at 15).  Defendants submit that this action is moot insofar as the Defendants have adjudicated Plaintiff's Form I-918 Petition for U Nomimmigrant Status, such that there is no further relief for this Court to provide.  Having reviewed the Motion (DE [13]), the docket, and otherwise being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [13]) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. the Motion (DE [13]) is **GRANTED** to the extent the Complaint seeks an order compelling adjudication of Plaintiff's U-Visa petition;

2. the Motion (DE [13]) is **DENIED** to the extent the Complaint seeks an award of Plaintiff's costs and attorney fees under the EAJA;

3. Plaintiff may move for relief under the EAJA no later than **June 16, 2026**;

4. Plaintiff's Failure to timely move for relief under the EAJA will result in **dismissal without prejudice** without further notice;

5. The Clerk of Court is directed to **CLOSE** this case **for administrative purposes only**, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF